UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| R. RUSSELL MCMAHON, SR. | : | CIVIL ACTION NO. 3:08-CV-40 |
| VERSUS | : | JUDGE FRANK J. POLOZOLA |
| FIREMAN'S FUND INSURANCE COMPANIES | : | MAGISTRATE CHRISTINE NOLAND |

ORDER

Considering the above and foregoing *Unopposed Motion to Dismiss with Prejudice* of Plaintiff, R. Russell McMahon, Sr.;

**IT IS ORDERED** that Plaintiff's *Unopposed Motion to Dismiss with Prejudice* is GRANTED and that this matter be and is hereby dismissed, with prejudice, with each party to bear its own costs.

BATON ROUGE, LOUISIANA, this 17 day of June, 2008.

_____
JUDGE FRANK J. POLOZOLA
UNITED STATES DISTRICT COURT JUDGE
MIDDLE DISTRICT OF LOUISIANA